IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KYOMI BAKER                                                                                                       PLAINTIFF

v.                                              Case No. 6:24-cv-06147

OFFICER SAM SPENCER,
in his individual capacity; and
HOT SPRINGS POLICE
DEPARTMENT OF HOT SPRINGS                                                                         DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation ("R&R") filed November 13, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5). Plaintiff Kyomi Baker ("Plaintiff") has objected. (ECF No. 6). The Court finds the matter ripe for consideration.

In the R&R, Judge Bryant recommends that Plaintiff's Complaint (ECF No. 2) be dismissed because her claims arise from events that took place twelve years ago and are barred by the statute of limitations. (ECF No. 5, at 3). Additionally, Judge Bryant recommends that Plaintiff be barred from further filing any case in this District without first submitting the required filing fee at the time of the submission of the proposed complaint because of her continuous disregard for the Court's Orders and her continued efforts to pursue claims that have been previously dismissed.[1] (ECF No. 5, at 3).

Plaintiff has timely objected. (ECF No. 23). However, Plaintiff's objection fails to articulate a clear argument critical of Judge Bryant's R&R. Instead, Plaintiff appears to believe

---

[1] *See Postley v. Hous. Auth. of the City of Hot Springs, Arkansas*, No. 6:15-cv-06120 and *Postley v. Sam Spencer, et al*, No. 6:17-cv-06081. As Judge Bryant notes—and the Court agrees—both cases appear to contain the same factual allegations against Defendant Sam Spencer ("Defendant Spencer").

that Defendant Spencer has already been dismissed from this case and that extraordinary circumstances have prevented Plaintiff from pursuing her claims for twelve years. Additionally, Plaintiff believes that the Court should have informed her of the relevant statute of limitations for her claims. The Court finds none of these objections to be persuasive.

Upon *de novo* review, the Court hereby adopts the R&R (ECF No. 5) *in toto*. Accordingly, the Court finds that Plaintiff's Complaint (ECF No. 2) should be and hereby is **DISMISSED WITH PREJUDICE** because her claims are time-barred. Further, Plaintiff is hereby **BARRED** from filing any case in this District without first submitting the required filing fee at the time of submission of the proposed complaint.

**IT IS SO ORDERED**, this 6th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge